JS-6

# IN THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SURGICAL IRRIGATION TECHNOLOGIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>STRYKER CORPORATION.<br><br>Defendant. | Case No. 8:15-CV-01623-AG-JCG<br><br>**ORDER ON STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41**<br><br>**(L.R. 7-1)** |

**Case No. . 8:15-CV-01623-AG-JCG**
**ORDER ON STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41**

1  Plaintiff Surgical Irrigation Technologies, Inc. ("SITI") and Defendant
2  Stryker Corporation ("Stryker") jointly filed a Stipulated Motion of Dismissal With
3  Prejudice Pursuant To Federal Rule of Civil Procedure, Rule 41 (the "Stipulated
4  Motion of Dismissal").

5  Having considered the Stipulated Motion of Dismissal, and finding that good
6  cause has been shown, IT IS HEREBY ORDERED THAT:

7  The Stipulated Motion of Dismissal is GRANTED.  Plaintiff's complaint in
8  this matter is dismissed with prejudice. Defendant's counterclaims in this matter are
9  dismissed without prejudice. It is furthered ordered that each party will be
10 responsible for their respective attorneys' fees and costs.

11
12 IT IS SO ORDERED.
13
14
15 Date: __February 22. 2016_____    _____
16                                         Hon. Andrew J. Guilford
                                           United States District Judge

**Case No. . 8:15-CV-01623-AG-JCG**            1
**ORDER ON STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41**